IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHNNIE S. MOON | : | NO: 17-31396 jps |
| | : | |
| Debtor | : | CHAPTER 13 PROCEEDING |

**NOTICE OF OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

JOHNNIE S. MOON HAS FILED AN OBJECTION TO YOUR POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES .

**Your claim may be reduced, modified, or eliminated.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **July 18, 2018** pursuant to FRBP 9006(f)**.** If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

[Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 1957
Macon, Georgia 31202]
478-752-3506

**If a response is filed, a hearing on the objection to your claim shall be held on:**

**August 29, 2018 at 2:00pm at the US Post Office And Courthouse Located At 115 E. Hancock Ave, Athens, Georgia 30601 .**

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to M.D. Ga LBR 3007-1(a).

   Dated this 18 th DAY OF June, 2018.

                                    /s/ Kathryn A. Brow     
                                    Kathryn A. Brow, 425482
                                    Attorney for Debtor
                                    PO Box 1147
                                    Evans, GA 30809
                                    (706) 688-9007
                                    kbrow@browlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHNNIE S. MOON | : | NO: 17-31396 jps |
| | : | |
| Debtor | : | CHAPTER 13 PROCEEDING |

**OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

**NOW COMES** Kathryn A. Brow, Attorney for Debtors in the above referenced matter and files this her objection to the Notice Of Post-petition Mortgage Fees, Expenses, and Charges in the amount of $1,050.00 designated as document number 15 (Claim # 7) in the Court's records, filed by Federal National Mortgatge Association ("Fannie Mae") by Seterus, Inc. pursuant to 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

1.
According to the Notice Of Post-petition Mortgage Fees, Expenses, and Charges submitted by the creditor's authorized agent, Wanda D. Murray of Aldrige Pite, LLP, this claim represents $1,050.00 for attorney fees which involve: "Proof of Claim Fees", "Plan Review", Preperatio/Analysis of 410A Form", and "Preparation of Fee Notice".

2.
Debtor contends that the post-petition fees and expenses are excessive and that the Claim should be allowed in the amount of no more than $500.00.

WHEREFORE, Debtors pray that the Court enter an order reducing Post-petition Mortgage Fees, Expenses, and Charges in the above referenced case.

This 18th DAY OF June, 2018.

 /s/Kathryn A. Brow
Kathryn A. Brow
Attorney for Debtors
GA Bar No. 425482
PO Box 1147
Evans, GA 30809
(706) 688-9007
kbrow@browlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHNNIE S. MOON | : | NO: 17-31396 jps |
| | : | |
| Debtor | : | CHAPTER 13 PROCEEDING |

**CERTIFICATE OF SERVICE**

I, Kathryn A. Brow, attorney for Debtor, do hereby certify that I have this day served a copy of the foregoing **Objection to Notice Of Postpetition Mortgage Fees, Expenses, And Charges** upon:

Camille Hope
docomt@chapter13macon.com, docomt2@chapter13macon.com

Andrew McCullen on behalf of Creditor Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
ecfgamb@aldridgepite.com, amccullen@ecf.courtdrive.com

Wanda D. Murray on behalf of Creditor Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer
ecfgamb@aldridgepite.com, WMurray@ecf.courtdrive.com

U.S. Trustee - MAC
Ustp.region21.mc.ecf@usdoj.gov

This 18th DAY OF June, 2018.

 /s/Kathryn A. Brow
Kathryn A. Brow
Attorney for Debtors
GA Bar No. 425482
PO Box 1147
Evans, GA 30809
(706) 688-9007