**SO ORDERED.**

**SIGNED this 23 day of July, 2018.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ATHENS DIVISION

| | |
|---|---|
| **JOHNNIE S. MOON** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO.: 17-31396** |

**Order on Objection To Notice Of Post-petition Mortgage Fees, Expenses, And Charges**

After notice and opportunity for hearing and the parties agreeing to reduce the fees to $500.00,

It is ordered that Notice Of Post-petition Mortgage Fees, Expenses, and Charges (Doc. No. 15) in the amount of $1,050.00 is reduced to $500.00. Fees over this amount, $550 will be waived from the debtor's account.

[END OF DOCUMENT]

| | |
|---|---|
| Consented to and  Prepared By: | Consented to by: |
| /s/ Kathryn A. Brow | /s/ Radha Gordon GABN:347192 |
| Brow & Associates, LLC | Attorney for Seterus |
| GA Bar No. 425482 | Aldridge Pite, LLP |
| PO Box 1147 | 3575 Piedmont Road NE |

Evans, GA 30809 (706) 688-9007

kbrow@browlaw.com

STE 500

Atlanta,  GA 30305

404-994-7229

rgordon@aldridgepite.com